UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ERNIE M. GARCIA, | No. ED CV 10-01127-JVS (VBK) |
| Plaintiff, | ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE THIRD AMENDED COMPLAINT |
| v. | |
| P. COVELLO, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Third Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, (2) granting Defendants' Motion to Dismiss Third Amended Complaint; and (3) directing that Judgment be entered dismissing this action with prejudice.

DATED: January 12, 2015

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE