JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ERNIE M. GARCIA, | ) | No. ED CV 10-01127-JVS (VBK) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| P. COVELLO, et al., | ) ) | |
| Defendants. | ) ) | |

    Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    **IT IS ADJUDGED** that Judgment be entered dismissing the Third Amended Complaint and entire action with prejudice.

DATED: January 12, 2015

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE